No. 53. GREAT NORTHERN RY. Co. *v.* SUNBURST OIL & REFINING Co. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Montana granted.

*Messrs. R. J. Hagman* and *J. P. Plunkett* for petitioner. *Mr. George E. Hurd* for respondent.